UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-62115-CIV-SINGHAL

SANDY HARRIGAN,

    Plaintiff,

v.

DIAZ, ANSELMO, & ASSOCIATES, P.A.
f/k/a SHD LEGAL GROUP, P.A.,
a Florida Corporation,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court on a *sua sponte* review of the record. It is hereby

**ORDERED** that Calendar Call scheduled for **May 29, 2024, at 10:30 a.m.** will be held on Zoom. The parties shall use the following log-in information:

Topic: Calendar Call for Harrigan v. Diaz, Anselmo, & Associates, P.A, Case No. 21-cv-62115-AHS
Time: May 29, 2024 at 10:30 AM Eastern Time (US and Canada)

Join ZoomGov Meeting
https://www.zoomgov.com/j/16090617784?pwd=K2ltQUw0MXRCUmdyb3Z5S3Fabkpndz09&omn=1600490176

Meeting ID: 160 9061 7784
Passcode: 7546

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 24th day of May, 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel via CM/ECF