UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:21-cv-62115-AHS

SANDY HARRIGAN,

    Plaintiff,

vs.

DIAZ, ANSELMO, & ASSOCIATES, P.A.,
f/k/a SHD LEGAL GROUP, P.A., a Florida
corporation,

    Defendant.

_____/

**DEFENDANT'S TRIAL BRIEF ON ADA/FCRA REASONABLE ACCOMODATION**

Defendant, DIAZ, ANSELMO, & ASSOCIATES, P.A. (Defendant), through its undersigned counsel, submits this trial brief in support of its Fed. R. Civ. P. 50(a) motion for judgment as a matter of law on Plaintiff, SANDY HARRIGAN's (Harrigan) "failure to accommodate" claims and states:

**A.   Facts relevant to the claim**

Harrigan requested to work from home as a reasonable accommodation for a disability stemming from "certain pregnancy-related complications." [DE 57 at p. 2].[1] "Instead of allowing her to work from home… [Defendant] reduced Harrigan's schedule." [DE 57 at p. 2].

---

[1] [DE 57] is this Court's Order on Defendant's motion for summary judgment.

1

While Harrigan was working the reduced schedule, via electronic mail Harrigan's direct supervisor, Kathleen Guerrette-Mitchell, asked Harrigan how she was feeling and whether Harrigan thought she needed a further schedule reduction. *Plaintiff's trial Exhibit 13*; *Defendant's trial Exhibit 5*; see [DE 57 at p. 1]. Harrigan responded: "**No I wouldn't want to reduce it more. It's working as is right now** therefore we can formalize the change." *Plaintiff's trial Exhibit 13*; *Defendant's trial Exhibit 5*, emphasis added.

**B.  Law applicable to the claim**

Harrigan "carries the burden to identify an accommodation and demonstrate that it is reasonable. *Lucas v. W.W. Grainger, Inc.*, 257 F.3d 1249, 1255–56 (11th Cir. 2001)." [DE 57 at p. 15].

"[I]f the 'reduced schedule' accommodation it provided Harrigan is reasonable as a matter of law, then [Defendant] fulfilled its obligations under the ADA and Harrigan's preferred accommodation is irrelevant." [DE 57 at p. 15], citing *McKane v. UBS Fin. Servs., Inc.*, 363 F. App'x 679, 681 (11th Cir. 2010).

**C.  Disputed issues of fact previously specified by the Court**

(1)  "[W]hether [Harrigan] was, in practice, provided a reduced schedule"; and if so

(2)  "[W]hether the reduced schedule itself was a reasonable accommodation."

[DE 57 at p. 16].

2

**D.      Defendant's entitlement to judgment as a matter of law**

Harrigan's email to Defendant confirms that: (1) Harrigan was, in fact, provided a reduced schedule; and (2) the reduced schedule, in fact, "worked" as a reasonable accommodation for Harrigan. *Plaintiff's trial Exhibit 13*; *Defendant's trial Exhibit 5*. Upon Harrigan's own admission, there is no legally sufficient evidentiary basis for a reasonable jury to find for Harrigan on the "failure to accommodate" claims. Defendant is entitled to judgment as a matter of law. Fed. R. Civ. P. 50(a)(1)(A) and (B).

## Certificate of Service

I CERTIFY that on this 22nd day of October 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:   /s/ *Christopher J. Stearns*
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com /
young@jambg.com

## **SERVICE LIST**

**CHARLES MERRILL EISS, ESQ.**
**SHANNA MARIE WALL, ESQ.**
**NHU CAO, ESQ.**
EISS MASSILLON, P.L.
**Attorney for Plaintiff**
7951 SW 6th Street, Suite 112
Plantation, FL 33324
954-914-7890 (Phone)
855-423-5298 (Fax)
chuck@icelawfirm.com
shanna@icelawfirm.com
nhu@icelawfirm.com

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, PA
**Attorney for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)
stearns@jambg.com