UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE #: 0:21-cv-62115-AHS

SANDY HARRIGAN,

    Plaintiff,

vs.

DIAZ, ANSELMO, & ASSOCIATES, P.A.,
f/k/a SHD LEGAL GROUP, P.A., a Florida
corporation,

    Defendant.
_____/

**DEFENDANT'S TRIAL BRIEF ON REQUIRED PROOF OF SIMILARLY SITUATED COMPARATOR (ADA/FCRA DISPARATE TREATMENT CLAIMS)**

Defendant, DIAZ, ANSELMO, & ASSOCIATES, P.A. (Defendant), through its undersigned counsel, submits this trial brief in support of its Fed. R. Civ. P. 50(a) motion for judgment as a matter of law on Plaintiff, SANDY HARRIGAN's (Harrigan), ADA intentional discrimination claim and states:

**A.     Facts relevant to the claim**

Harrigan claims disparate treatment in her termination; specifically, that Defendant fired her because of her pregnancy/disability. [DE 57 at p. 4].[1] Harrigan's evidence of more favorably treated, "similarly situated" employees is "that two non-pregnant… employees [of Defendant] were permitted to work from home." [DE 57 at p. 7].

---

[1] [DE 57] is this Court's Order on Defendant's motion for summary judgment.

1

**B.     Law applicable to the claims**

To prove disparate treatment discrimination under the ADA, Harrigan must "identify a similarly situated comparator" whose conduct was the same as or similar to Harrigan's but who was not terminated by Defendant. *Payne v. Goodyear Tire & Rubber Co.*, 760 F. App'x 803, 808 (11th Cir. 2019) (*McDonnell Douglas Corp. v. Green*, 411 U.S. 792 (1973) burden-shifting framework utilized for both ADA and Title VII discrimination claims).

In "discriminatory discipline" cases, "to determine whether employees are similarly situated, [this Court must] evaluate 'whether the employees are **involved in or accused of the same or similar conduct and are disciplined in different ways.**'" *Burke-Fowler v. Orange County, Fla.*, 447 F.3d 1319, 1323 (11th Cir. 2006), emphasis added, citing *Maniccia v. Brown*, 171 F.3d 1364, 1368 (11th Cir.1999) (cleaned up).[2]

---

[2] Upon Harrigan's proffer, this Court previously cited *Young v. United Parcel Serv., Inc.,* 575 U.S. 206, 228 (2015) in finding Harrigan was not required to show similarity "in all but the protected ways" to establish a comparator. [DE 57 at p. 6, et seq.] But *Young* specifically addressed the "**denial of an accommodation** constitut[ing] disparate treatment under the Pregnancy Discrimination Act's second clause…" and was "limited to the Pregnancy Discrimination Act context…" *Young,* 575 U.S. at 229, 230, emphasis added. Respectfully, *Young* is inapposite in the "discriminatory discipline" context upon which Harrigan proceeds. *Payne*; *Burke-Fowler*; *Maniccia*; all supra.

**C.       Defendant's entitlement to judgment as a matter of law**

Harrigan presented no evidence of a similarly situated comparator who was involved in or accused of conduct the same as or similar to Harrigan's but who received lesser discipline than being fired. Harrigan failed to establish a *prima facie* ADA disparate treatment–discriminatory discipline claim. *McDonnell Douglas*, supra; see [DE 57 at. p. 6]. Defendant is entitled to judgment as a matter of law. Fed. R. Civ. P. 50(a)(1)(A) and (B).

## Certificate of Service

I CERTIFY that on this 22nd day of October 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system or by email to all parties. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non-CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

BY:   /s/Christopher J. Stearns
CHRISTOPHER J. STEARNS
FLA. BAR NO. 557870
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, P.A.
**Attorneys for Defendant**
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com /
young@jambg.com

3

## SERVICE LIST

**CHARLES MERRILL EISS, ESQ.**
**SHANNA MARIE WALL, ESQ.**
**NHU CAO, ESQ.**
EISS MASSILLON, P.L.
**Attorney for Plaintiff**
7951 SW 6th Street, Suite 112
Plantation, FL 33324
954-914-7890 (Phone)
855-423-5298 (Fax)
chuck@icelawfirm.com
shanna@icelawfirm.com
nhu@icelawfirm.com

**CHRISTOPHER J. STEARNS, ESQ.**
JOHNSON, ANSELMO, MURDOCH, BURKE, PIPER & HOCHMAN, PA
**Attorney for Defendant**
2455 E. Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
(954) 463-0100 (Phone)
(954) 463-2444 (Fax)
stearns@jambg.com